UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 JAN 14  P 2: 21

BY DEPUTY CLERK

CURTIS GORDON (# 80114)

VERSUS                                                          CIVIL ACTION

ANGEL FORBES, ET AL                                 NUMBER 08-758-RET-SCR

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana Department of Public Safety and Corrections Secretary James LeBlanc, Warden N. Burl Cain, Angel Forbes, Justin Coleman, D. Turner, Jeremy McKey, Gary McQuery and Trish Foster.  Plaintiff alleged that he was issued false disciplinary reports, denied due process at a disciplinary board hearing and his administrative grievance was rejected by prison officials.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

A review of the record showed that the plaintiff failed to pay

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January __14__, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA