UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID DIST OF LA

2009 JAN 14  P 2: 21

BY DEPUTY CLERK

CURTIS GORDON (# 80114)

VERSUS

ANGEL FORBES, ET AL

CIVIL ACTION

NUMBER 08-758-RET-SCR

JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is hereby DISMISSED without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, January  14 , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA